UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADFORD ROSS,

        Plaintiff,

                                                                                                        Case No.: 1:10-cv-1083

v.

                                                                                      HONORABLE PAUL L. MALONEY

PAUL DUBY, et al.,

        Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ECF No. 18). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the defendants' motion to dismiss (ECF No. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that all of plaintiff's claims against the defendants in their official capacities are **DISMISSED with prejudice** because they are barred by Eleventh Amendment immunity.


Dated: December 5, 2011                                    /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                              Chief United States District Judge