UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRADFORD ROSS, #204607, ) | |
|     Plaintiff, ) | |
| ) | No. 1:10-cv-1083 |
| -v- ) | |
| ) | HONORABLE PAUL L. MALONEY |
| PAUL DUBY, et al., ) | |
|     Defendants. ) | |

## JUDGMENT

Having granted Defendants' motion for summary judgment, and having dismissed all remaining claims, under Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:   September 26, 2012                          /s/ Paul L. Maloney
                                                                                                   Paul L. Maloney
                                                                                                   Chief United States District Judge