UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRADFORD ROSS, #204607,<br>　　　　Plaintiff,<br><br>-v-<br><br>PAUL DUBY, et al.,<br>　　　　Defendants. | No. 1:10-cv-1083<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having granted Defendants' motion for summary judgment, and having dismissed all remaining claims, under Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:　September 26, 2012　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge